IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:02CV175 |
| | ) | |
| .30 ACRE TRACT OF LAND, | ) | |
| MORE OR LESS, LOCATED AT 524 | ) | |
| CHEEK ROAD, RAMSEUR, | ) | |
| COLUMBIA TOWNSHIP, RANDOLPH | ) | |
| COUNTY, NORTH CAROLINA, WITH | ) | |
| ALL APPURTENANCES AND | ) | |
| IMPROVEMENTS THEREON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

JUDGMENT

TILLEY, Chief Judge

For the reasons set forth in a contemporaneously filed Memorandum Opinion, Plaintiff United States' Motion for Summary Judgment [Doc. #14] is GRANTED.

This the day of April 7, 2006

                                                                                   /s/ N. Carlton Tilley, Jr.
                                                                                    United States District Judge